## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Choteau. STATE OF MONTANA, Plaintiff, vs. JEFFREY ALLEN ALBRECHT, Defendant.

### DECISION

No. DC-82-006

The application of the above-named defendant for a review of the sentence of 5 years imposed on June 23, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 5 years with 3 years suspended.

The reasons for the amendment are as follows:

(1) the age of the Defendant;

(2) the recommendation by the parole officer in the parole reports;

(3) the comments made by the sentencing judge in his sentencing report, that he felt there was some doubt concerning granting the Defendant a five-year sentence; and

(4) there were no reasons given for a five-year sentence when the Defendant is a first-time offender.

We wish to thank Sally Christensen, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan